IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CARLIN ANDERSON, an individual and resident of Cass County and DAVE CLARK, an individual and resident of Cumberland County, | ) ) ) ) ) | No. 23 cv 728 |
| Plaintiffs, | ) ) | Hon. Stephen P. McGlynn |
| v. | ) ) ) | |
| KWAME RAOUL, in his official capacity as Attorney General of Illinois, BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police, CRAIG MILLER, in his official capacity as State's Attorney of Cass County, Illinois, and BRYAN ROBBINS, in his official capacity as State's Attorney of Cumberland County, Illinois, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO WITHDRAW THEIR MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants Kwame Raoul, Brendan F. Kelly, Craig Miller, and Bryan Robbins ("Defendants"), by their attorney, Kwame Raoul, Attorney General of Illinois, respectfully request that this Court permit them to withdraw their previously filed motion for extension of time to answer or otherwise plead. In support of this motion, Defendants state as follows:

1. On April 5, 2023, Defendants filed their motion for extension of time to answer or otherwise plead, requesting an extension of their pleading deadline by 30 days to May 8, 2023. (ECF No. 28).

2. Also on April 5, 2023, before Defendants appeared in this case and filed their motion, this Court entered an order staying these proceedings for 90 days. (ECF No. 26).

3. Undersigned counsel did not check the docket immediately before filing the motion for extension of time and thus did not see the order staying these proceedings prior to filing the motion. Undersigned counsel only saw the order staying these proceedings after filing the motion for extension of time.

4. This Court's order staying proceedings in this matter appears to make Defendants' motion to extend the pleading deadline unnecessary.

5. Accordingly, Defendants respectfully request they be permitted to withdraw their motion for an extension of time in light of the order staying proceedings for 90 days.

6. Undersigned counsel apologizes for any confusion or inconvenience in filing the motion or an extension of time after this Court already stayed these proceedings.

**WHEREFORE**, Defendants respectfully request this Court permit them to withdraw their motion for an extension of time to answer or otherwise plead.

Respectfully submitted,

KWAME RAOUL
*Attorney General*
*State of Illinois*

/s/ Hal B. Dworkin
HAL B. DWORKIN No. 6318213
Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-5159
Hal.Dworkin@ilag.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 6, 2023 the foregoing document, *Defendants' Motion To Withdraw Their Motion For Extension Of Time*, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Athanasia Livas – alivas@cooperkirk.com

David H. Thompson – dthompson@cooperkirk.com

Peter A. Patterson – ppaterson@cooperkirk.com

David G. Sigale – dsigale@sigalelaw.com

And I hereby certify that on the same date, I caused a copy of the foregoing document to be mailed by United States Postal Service, to the following non-registered participant:

None

                                                                  Respectfully submitted,

| | |
|---|---|
| KWAME RAOUL<br>*Attorney General*<br>*State of Illinois* | /s/ Hal B. Dworkin<br>HAL B. DWORKIN No. 6318213<br>Assistant Attorney General<br>Office of the Illinois Attorney General<br>100 W. Randolph Street, 13th Floor<br>Chicago, Illinois 60601<br>(312) 814-5159<br>Hal.Dworkin@ilag.gov |

3