IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARLIN ANDERSON, et al., | ) |
|     *Plaintiffs*, | ) |
| v. | ) CIVIL ACTION NO. |
| KWAME RAOUL, et al., | ) 3:23-cv-00728-SPM |
|     *Defendants*. | ) |

**PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO LIFT STAY OF PROCEEDINGS**

    Plaintiffs, by and through their undersigned counsel, respectfully submit this reply in support of their motion to lift the stay of these proceedings. Exceptional circumstances justify this reply pursuant to SDIL-LR 7.1(c)(2), because Defendants raised the issue of consolidation of this case for the first in their response. *See* Dkt. 34.

    All parties agree that the stay in this case should be lifted. Defendants further propose that the Court should either transfer this case to be considered together with *Morse v. Raoul*, No. 3:22-cv-02740-DWD, or that the *Morse* case should be transferred and considered together with this case. While Plaintiffs listed *Morse* as a related case on their civil cover sheet, *see* Doc. 1-1, the Court at that time did not order the two cases to proceed together. To the extent the Court considers reassigning either this case or *Morse* now, Plaintiffs submit that *Morse*, not this case, should be reassigned.

    "No mechanical rule governs the handling of overlapping cases." *Lewis v. Maverick Transportation LLC*, No. 3:22-CV-46-NJR, 2022 WL 17414979, at *5 (S.D. Ill. Dec. 5, 2022) (quoting *Blair v. Equifax Check Servs., Inc.*, 181 F.3d 832, 838 (7th Cir. 1999)), and "the Seventh Circuit Court of Appeals 'does not rigidly adhere to the first-to-file rule,'" *Drake v. Procter & Gamble Co.*, No. 21-CV-279-DWD, 2021 WL 5039521, at *2 (S.D. Ill. Oct. 29, 2021) (quoting

*Trippe Mfg. Co. v. Am. Power Conversion Corp.*, 46 F.3d 624, 629 (7th Cir. 1995)).

This matter was stayed pending this Court's consideration of motions for preliminary injunction in four consolidated cases, 23-cv-141-SPM, 23-cv-192-SPM, 23-cv-209-SPM, and 23-cv-215-SPM, which this Court determined "could have a significant effect on this matter[.]" *Id.* This Court's experience with those motions makes it well-positioned to address the similar issues in this case, including the application of *New York State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022), which types of items are covered by the plain text of the Second Amendment's protection of "arms," *see Barnett v. Raoul*, 2023 WL 3160285, at *8 (S.D. Ill. 2023), and what must be shown to demonstrate that a law banning certain types of arms is consistent with this Nation's tradition of firearm regulation, *see id.* at *9–11. We are unaware of any similar engagement with *Bruen* by the presiding judge in the *Morse* litigation. Therefore, for the sake of judicial economy and efficiency, if any case is reassigned, it should be *Morse*.

May 30, 2023

Respectfully submitted,

/s/ David H. Thompson
David H. Thompson*
Peter A. Patterson*
Athanasia O. Livas*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
alivas@cooperkirk.com

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, Illinois 60187
630.452.4547
dsigale@sigalelaw.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CARLIN ANDERSON, et al., | ) ) ) |
| *Plaintiffs*, | ) CIVIL ACTION NO. ) 3:23-cv-00728-SPM |
| v. | ) ) |
| KWAME RAOUL, et al., | ) ) |
| *Defendants*. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2023, I cause the foregoing to be filed using the CM/ECF system, which will send notification of such filing to counsel of record, who are registered CM/ECF participants.

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, Illinois 60187
630.452.4547
dsigale@sigalelaw.com

/s/ David H. Thompson
David H. Thompson*
Peter A. Patterson*
Athanasia O. Livas*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
alivas@cooperkirk.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*