IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARLIN ANDERSON and DAVE CLARK, <br><br>    Plaintiffs, <br><br> v. <br><br> KWAME RAOUL, et al, <br><br>    Defendants. | Case No. 23-cv-00728-SPM |

## ORDER TRANSFERRING RELATED CASE

**McGLYNN, District Judge:**

The action arises out of the same facts and is closely related to *Morse, et al. v. Raoul, et al.*, Case No. 22-cv-2740-DWD, which was filed before this action and is assigned to District Judge David W. Dugan. The law of this Circuit provides that related cases filed within the same District Court should be handled by a single District Judge. *See, e.g., Smith v. Check-N-Go of Illinois*, 200 F.3d 511, 513 n.1 (7th Cir. 1999); *Blair v. Equifax Check Services*, 181 F.3d 832, 839 (7th Cir. 1999).

Accordingly, the undersigned District Judge **TRANSFERS** this case to Judge Dugan. All further pleadings filed herein shall be styled with the suffix -DWD.

**IT IS SO ORDERED.**
**DATED:** May 30, 2023

*s/ Stephen P. McGlynn*
STEPHEN P. McGLYNN
U.S. District Judge
